FILED
CHARLOTTE, NC
MAY 9 2008
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:08 mj 105

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | ORDER SEALING |
| | ) | CRIMINAL COMPLAINT, |
| v. | ) | AFFIDAVIT AND CAPTION |
| | ) | |
| SCHRELL MINCEY | ) | |
| | ) | |

UPON MOTION of the United States of America, by and through Gretchen C. F. Shappert, United States Attorney for the Western District of North Carolina, for an order directing that the criminal complaint, affidavit and caption thereof in this matter be sealed.

NOW THEREFORE IT IS ORDERED that the criminal complaint, affidavit and caption thereof, in this matter be sealed and remain sealed until such time as the United States thereafter moves for the unsealing of same.

This the 9th day of May, 2008.

_____
DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE